██ ARTHUR JENKINS, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 106790.) [825 NYS2d 651]—Appeal from an order of the Court of Claims (Philip J. Patti, J.), entered April 28, 2005. The order granted defendant's motion for summary judgment and dismissed the claim.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.

██ DIANE M. MANN, Individually and as Administratrix of the Estate of CHARLES E. MANN, Deceased, Respondent, v TOWN OF CAMILLUS et al., Defendants, and WESTERN AREA VOLUNTEER EMERGENCY SERVICES, INC., Appellant. [825 NYS2d 651]—Appeal from an order of the Supreme Court, Onondaga County (John V. Centra, J.), entered April 21, 2006. The order, insofar as appealed from, denied that part of the motion of defendant Western Area Volunteer Emergency Services, Inc. for summary judgment dismissing the wrongful death claim against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.

██ CHARLES F. PAPELINO, Respondent, v TACO BELL CORP., Appellant. [825 NYS2d 394]—Appeal from an order of the Supreme Court, Oneida County (John W. Grow, J.), entered August 26, 2005. The order, insofar as appealed from, denied defendant's cross motion seeking dismissal of the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated at Supreme Court. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.